# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL SYLVESTER PORTER,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

DANIEL SYLVESTER PORTER,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 70663

No. 70964

**FILED**

SEP 19 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING APPEAL IN DOCKET NO. 70964*

These are appeals from a judgment of conviction. On June 6, 2016, appellant filed in pro se a notice of appeal from the verdict that was docketed in this court as Docket No. 70663. On July 29, 2016, appellant's counsel, Sandra L. Stewart, filed a notice of appeal from the judgment of conviction that was inadvertently docketed as a separate appeal in Docket No. 70964. Accordingly, we direct the clerk of this court to administratively close the appeal in Docket No. 70964 and transfer to Docket No. 70663 all documents filed in Docket No. 70964.

The opening brief and appendix remain due on December 5, 2016. Thereafter, briefing shall proceed in accordance with the schedule set forth in NRAP 31(a)(1).

It is so ORDERED.

_____, C.J.

16-28946

cc: Sandra L. Stewart
Daniel Sylvester Porter
Attorney General/Carson City
Clark County District Attorney
Gerri Delucca, Court Reporter
Kiara Schmidt, Court Reporter
Susan Schofield, Court Reporter